◆AO 442 - (Rev. 08/07) Warrant for Arrest                79314-280                                    LAREDO

# UNITED STATES DISTRICT COURT

2013 FEB 15 AM 10: 15    Western            District of            Texas        US MAGISTRATE COURT
U.S. DISTRICT OF                                                                GRG-SDTX
WESTERN DIVISION                                                                FILED

UNITED STATES OF AMERICA          FPD                                           FEB 20 2013 MLR
                                         WARRANT FOR ARREST                    David J. Bradley, Clerk
                V.                                                              Laredo Divison

SAUL HERNANDEZ-RODRIGUEZ          Case Number: A-11-CR-402(01)SS

                ID) DET/PE                     Laredo No. 5:13 MJ 0201

To: The United States Marshal            2/26/13
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ SAUL HERNANDEZ-RODRIGUEZ
                                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)         FILED

☐ Indictment      ☐ Information      ☐ Complaint      ☐ Order of court            MAR 04 2013

☐ Pretrial Release   ☐ Probation         X Supervised Release   ☐ Violation Notice   CLERK, U.S. DISTRICT COURT
  Violation Petition   Violation Petition   Violation                                 WESTERN DISTRICT OF TEXAS
                                                                                      BY _____ DEPUTY CLERK

charging him or her with (brief description of offense)




☐ in violation of Title   18        United States Code, Section(s)    3606

☐ in violation of the conditions of his or her pretrial release imposed by the court.

  in violation of the conditions of his or her supervision imposed by the court.

William G. Putnicki                             _____Ka K. Cl_____
         Name of Issuing Officer                        Signature of Issuing Officer

Clerk, U.S. District Court                      February 15, 2013        Austin, TX
         Title of Issuing Officer                          Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at: Laredo TX |

| DATE RECEIVED 2/15/2013 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/20/2013 | Javier Torres Deputy U.S. Marshal, Laredo TX | [signature] |